```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW HAMPSHIRE
```

<u>Navitag Technologies, Inc.</u>

    v.                                 Case No. 10-mc-092-LM

<u>R. Scott Silva</u>


<u>ORDER TO SHOW CAUSE</u>

    Navitag Technologies, Inc., moves the court to order R. Scott Silva to show cause why he should not be held in contempt for failing to comply with paragraphs (5) and (8) of the Partial Final Judgment dated August 10, 2010, and entered in C.A. No: 08-11451-NMG in the District of Massachusetts.  The plaintiff's motion (doc. no. 2) is granted.  The defendant shall have thirty (30) days from the date of this order to produce the materials specified in paragraphs (5) and (8) or show cause why he should not be held in contempt for failing to do so.

    SO ORDERED.

                                                  _____
                                                  Landya B. McCafferty
                                                  United States Magistrate Judge

Dated:  January 18, 2011

cc:  Alan L. Kovacs, Esq.
    R. Scott Silva